UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:19-mj-03245-AOR

UNITED STATES OF AMERICA

v.

SEBASTIN FERNANDES,

    Defendant.
_____/

### CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office Prior to August 9, 2013 (Mag. Judge Alicia Valle)? __ Yes _X_ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? __ Yes _X_ No

                    Respectfully submitted,

                    ARIANA FAJARDO ORSHAN
                    UNITED STATES ATTORNEY

                    Eli S. Rubin
                    Assistant United States Attorney
                    99 N.E. 4th Street
                    Miami, Florida 33132
                    Tel (305) 961-9247
                    Fax (305) 530-7976
                    Email: Eli.Rubin@usdoj.gov

# United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__

UNITED STATES OF AMERICA

V.

SEBASTIN FERNANDES

**CRIMINAL COMPLAINT**

CASE NUMBER: 1:19-mj-03245 AOR

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief. From on or about July 23, 2019, through on or about July 27, 2019, at the Port of Miami, in Miami-Dade County in the Southern District of Florida and elsewhere, the defendant, SEBASTIN FERNANDES, did knowingly and intentionally combine, conspire, confederate and agree with at least one other person to import into the United States, from a place outside thereof, a Schedule II controlled substance, that is, a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 952(a); all in violation of Title 21, United States Code, Section 963.

I further state that I am a Special Agent with Homeland Security Investigations/U.S. Immigration and Customs Enforcement, and that this complaint is based on the following facts:

On or about July 27, 2019, A.D., an employee of Carnival Cruise Lines, Inc. ("Carnival") who worked in the kitchen on the vessel Carnival Horizon, was arrested trying to import a white powdery substance that proved positive for the presence of cocaine. A.D. had concealed the cocaine in two small packages attached to the bottoms of his sandals. He admitted to having imported cocaine four previous times. Following A.D.'s arrest, Carnival conducted an investigation to determine if any other employees were engaged in the importation of cocaine. SEBASTIN FERNANDES, a fellow employee working in the kitchen on Carnival Horizon, admitted to Carnival personnel that he agreed with A.D. to bring a pair of sandals containing powder into the United States on July 27, 2019. Specifically, FERNANDES provided a written statement that on July 23, 2019, while in Ocho Rios, Jamaica, FERNDANDES, A.D., and a third employee, S.G., were provided three pairs of black flip-flops. A.D. told FERNANDES that he would have to wear the sandals while disembarking the vessel in Miami, Florida. On July 27, 2019, FERNANDES wore the sandals and walked to the gangway to disembark. While en route, S.G. told him that A.D. had been caught. FERNANDES subsequently flushed the powder down the toilet and destroyed the sandals.

Following Carnival's investigation, FERNANDES returned to the Port of Miami on August 4, 2019, and was interviewed by Homeland Security Investigations Special Agents. The interview was recorded, and FERNANDES was assisted throughout by a Hindi interpreter. He was read his Miranda rights and executed a Miranda waiver form. He again admitted to agreeing with A.D. to bring sandals containing powder into Miami on July 27, 2019.

*[remainder of page left blank]*

In addition, S.G., the third employee, provided a written statement to Carnival that he, FERNANDES, and A.D. each received a pair of sandals in Ocho Rios, Jamaica. S.G. further admitted that he notified S.F. of A.D. getting caught on July 27, 2019. Further, Carnival records detailing each employee's onboarding and disembarking of the vessel confirms FERNANDES's presence on July 23, 2019, in Ocho Rios, Jamaica.

_____
OSTEN BERRY, SPECIAL AGENT
HOMELAND SECURITY INVESTIGATIONS
U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

Sworn to before me, and subscribed in my presence,

**August 5, 2019**     at     **Miami, Florida**
Date                         City and State

**ALICIA M. OTAZO-REYES**
**UNITED STATES MAGISTRATE JUDGE**
Name and Title of Judicial Officer       Signature of Judicial Officer